

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 13, 2021

**VIA ECF**
Hon. Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   Sanchez v. Consumer Cellular, Incorporated; *Civil Action No. 1:20-cv-10105-LGS*

Dear Judge Schofield,

     The undersigned represents Plaintiff Christian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

     The initial conference for this matter is set for January 21, 2021 at 10:40 a.m. It is now January 13, 2021, and Defendant has yet to appear in this case. In fact, Plaintiff has still not received an Affidavit of Service from its process server.

     In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

     Thank you for your time and consideration of the above request.

The application is **GRANTED**.  The initial pre-trial conference scheduled for January 21, 2021, (Dkt. No. 5), is ADJOURNED to **February 18, 2021, at 10:40 a.m.**  The conference will be telephonic and will occur on the following conference line:  888-363-4749, access code: 5583333.  The time of the conference is approximate but the parties shall be prepared to begin at the scheduled time.

If Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan by **February 11, 2021**.  If Plaintiff has not been in communication with Defendant, by **February 11, 2021**, Plaintiff shall file a status letter (1) apprising the Court of the efforts to serve Defendant; (2) proposing a deadline by which to move for default judgment against Defendant pursuant to this Court's Individual Rules; and (3) requesting adjournment of the initial conference.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

Dated: January 14, 2021
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE